Judge: Richard S. Martinez
Hearing Date:
Time:

# United States District Court
# For The Western District of Washington

Seattle Division

| | |
|---|---|
| **Marlon SMITH**, brought as an individual<br>    Plaintiffs<br>    v.<br>**Snohomish County**, a government entity,<br>**Snohomish County Sheriff's Office**, a division of Snohomish County, **Deputy Arthur Wallin** an individual and an employee of Defendant Snohomish County and **Deputy Nathan SMITH** an individual and an employee of Defendant Snohomish County and **Does 1-6** inclusive;<br><br>    Defendants | ) Case No.:   20-CV-00037 RMS<br>)<br>)<br>) STIPULATED ORDER TO AMEND THE CASE<br>)    SCHEDULE PER LOCAL RULE § 40(a)<br>)<br>)<br>) Case Filed: January 1, 2020<br>)<br>)<br>)<br>)<br>) |

## ORDER

    THIS MATTER, having come on duly and regularly before this Court, based upon agreement of Counsel for all parties, and the Court being fully advised, it is here by Order, Adjudicate and Decreed that the trial in this matter shall be continued to July 09, 2021.

    The Clerk or Judicial Assistant shall issue a new Case Schedule with the following events and dates substituted in for the currently scheduled dates and events:

| Event | Proposed date |
|---|---|
| Disclosure of expert testimony | 12/29/2021 |
| Deadline for filing motions on discovery | 01/26/2021 |
| Discovery cut-off | 02/29/2021 |
| Dispositive Motions | 03/30/2021 |
| Mediation | 05/14/2021 |
| Motions in limine | 05/28/2021 |
| Agreed to Pre Trial Order | 06/12/2021 |
| Pre trial conference & trial briefs | 06/26/2021 |
| Trial   4-8 days | 07/09/2021 |

Dated: This 19th day of October, 2020

The Honorable Ricardo S. Martinez
_____
Judge, United States District Court
        Western District of Washington

Presented By:

_____/s/_____
M. Jeffery Kallis,
Kallislaw – Protecting Civil Rights P.C.
Co-Counsel for Plaintiff

_____/s/_____
Thomas S. Olmstead,
The Law Office of Thomas Olmstead P.C.
Co-Counsel for Plaintiff

_____/s/_____
Shannon Ragonesi
Keating, Bucklin & McCormack Inc.
Counsel for Arthur Wallin, Defendant

_____/s/_____
Joseph Genster
Snohomish County Prosecutors Office
Counsel for the Snohomish County Defendants
 and Nathan Smith