The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARLON SMITH,<br><br>                     Plaintiff,<br><br>  vs.<br><br>DEPUTY ARTHUR J. WALLIN #1464, et al.,<br><br>                     Defendants. | NO.  C20-00037-RSM<br><br>STIPULATION AND ORDER OF DISMISSAL<br><br>**NOTED FOR: February 23, 2021** |

## **STIPULATION**

The parties, by and through their counsel of records, hereby stipulate to the dismissal of this action with prejudice and without an award of attorneys' fees or costs to any party.

DATED this 23rd day of February, 2021.

| KALLISLAW | LAW OFFICE OF THOMAS S. OLMSTEAD |
|---|---|
| By: _s/M. Jeffery Kallis_____<br>M. Jeffery Kallis, WSBA #27855<br>Co-Counsel for Plaintiff | By: _Thomas S. Olmstead_____<br>Thomas S. Olmstead, WSBA #8170<br>Co-Counsel for Plaintiff |

STIPULATION AND ORDER OF DISMISSAL - 1
USDC C20-00037-RSM

SNOHOMISH COUNTY
**PROSECUTING ATTORNEY - CIVIL DIVISION**
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333

| | |
|---|---|
| KEATING, BUCKLIN & McCORMACK, INC., P.S. | ADAM CORNELL<br>Snohomish County Prosecuting Attorney |
| By: _s/Shannon M. Ragonesi_<br>Shannon M. Ragonesi, WSBA #31951<br>Attorney for Arthur J. Wallin | By: _s/Joseph B. Genster_<br>Joseph B. Genster, WSBA #14968<br>Deputy Prosecuting Attorney<br>Attorney for Snohomish County, Nathan Smith and Snohomish County Sheriff's Office |

## ORDER

This matter having come on before the undersigned judge of the above-entitled court, based on the parties foregoing stipulation, now, therefore,

IT IS HEREBY ORDERED that Plaintiff's complaint against all parties is dismissed with prejudice and without costs or fees to any party.

DATED this 25th day of February, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

ADAM CORNELL
Snohomish County Prosecuting Attorney

By: _s/Joseph B. Genster_
JOSEPH B. GENSTER, WSBA #14968
Deputy Prosecuting Attorney

STIPULATION AND ORDER OF DISMISSAL - 2
USDC C20-00037-RSM

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333

Attorney for Snohomish County, Nathan Smith and Snohomish County Sheriff's Office

*Approved for entry; notice of presentment waived:*

KALLISLAW

By: *s/M. Jeffery Kallis*
M. Jeffery Kallis, WSBA #27855
Co-Counsel for Plaintiff

LAW OFFICE OF THOMAS S. OLMSTEAD

By: *s/Thomas S. Olmstead*
Thomas S. Olmstead, WSBA #8170
Co-Counsel for Plaintiff

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: *s/Shannon M. Ragonesi*
Shannon M. Ragonesi, WSBA #31951
Attorney for Arthur J. Wallin

STIPULATION AND ORDER OF DISMISSAL - 3
USDC C20-00037-RSM

**SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333